# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BEVERLY HOUSE-MYERS,

                Plaintiff,

vs.

FIRST HORIZON HOME LOAN CORPORATION, *et al.,*

                Defendants.

Case No.: 2:08-CV-01504-PMP-PAL

**ORDER**

This matter is before the court on the parties' failure to file a joint pretrial order required by LR 26-1(e)(5). During the status conference held before District Judge Philip R. Pro (Dkt. #55) on April 2, 2010, it was ordered that the parties file a joint pretrial order required by LR 26-1(e)(5) no later than April 16, 2010. Plaintiff filed a status report (Dkt. 57) on April 16, 2010 explaining to the court that the joint pretrial order would be entered the week of April 19, 2010. To date, the parties have not complied. Accordingly,

      **IT IS ORDERED** that:

      1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **4:00 p.m., May 13, 2010.** Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions. See Fed. R. Civ. P. 41(b).

      2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

Dated this 29th day of April, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE