CHRISTOPHER R. McCULLOUGH, ESQ.
Nevada Bar #1138
McCULLOUGH, PEREZ & ASSOCIATES, LTD.
601 South Rancho Drive, #A-10
Las Vegas, Nevada 89106
(702) 385-7383
FAX (702) 385-6744
Attorney for Plaintiffs

William R. Urga, Esq.
Nevada Bar No. 1195
Christopher D. Craft, Esq.
Nevada Bar No. 7314
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555

Frederick J. Lewis, Esq.
Tennessee Bar No. 02759 (admitted pro hac vice)
Jeremy A. Ireland, Esq.
Tennessee Bar No. 24518 (admitted pro hac vice)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: (901) 767-6160
Facsimile: (901) 767-7411

Attorneys for Defendant First Horizon
Home Loan Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY HOUSE-MYERS,<br><br>            Plaintiff,<br><br>       v.<br><br>FIRST HORIZON HOME LOAN CORPORATION, et al,<br><br>            Defendants. | CASE NO.: 2:08-CV-01504-PMP-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Beverly House-Myers and Defendant First Horizon Home Loan Corporation as follows:

1. Beverly House-Myers and First Horizon Home Loan Corporation agree that the Court should enter an order and judgment dismissing all remaining claims in this action with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 6th day of July, 2010.

| McCULLOUGH, PEREZ & ASSOCIATES, LTD. | OGLETREE DEAKINS NASH SMOAK & STEWART |
|---|---|
| By /s/ Christopher R. McCullough (w/ permission)<br>CHRISTOPHER R. McCULLOUGH, ESQ.<br>Nevada Bar # 1138<br>601 South Rancho Drive, Suite A-10<br>Las Vegas, Nevada  89106<br>Attorneys for Plaintiffs | By /s/ Frederick J. Lewis<br>FREDERICK J. LEWIS, ESQ.<br>JEREMY A. IRELAND, ESQ.<br>Tennessee Bar #07859<br>6410 Poplar Avenue, Suite 300<br>Memphis, Tennessee  38119<br>(901) 767-6160<br>(901) 767-7411 facsimile<br><br>Christopher D. Craft, Esq.<br>Nevada Bar No. 7314<br>JOLLEY URGA WIRTH WOODBURY & STANDISH<br>3800 Howard Hughes Pkwy., #1600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 699-7500<br>Facsimile: (701) 699-7555<br><br>Attorneys for Defendant First Horizon Home Loan Corporation |

## ORDER

IT IS HEREBY ORDERED AND ADJUDGED that all remaining claims in this suit are dismissed with prejudice, with each party to bear its own costs and fees.

IT IS SO ORDERED.

DATED this __ 7th day of July, 2010

_____
UNITED STATES DISTRICT JUDGE